# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| DEPOSITORS INSURANCE COMPANY <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL A. VOHS, as Personal Representative of the ESTATE OF ANGELA KAY VOHS, Deceased, and BROOKE CLARK, <br><br> Defendants. | Cause No. 17-cv-00087-BMM-JTJ <br><br> **ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the Stipulation for Dismissal With Prejudice on file herein and no objections being filed thereto, and for good cause;

IT IS ORDERED the above-entitled cause of action is hereby dismissed with prejudice as the issue of stacking is now moot as a jury in the underlying lawsuit styled *Michael A. Vohs as P.R. of the Estate of Angela Kay Vohs, Deceased v. Brooke Clark*, Cause No. BDV-16-0618 in the Eighth Judicial District Court of Cascade

County returned a defense verdict on January 5, 2018, and the parties have indicated no appeal will be filed.

DATED this 5th day of March, 2018.

_____
Brian Morris
United States District Court Judge